AO 240A

# UNITED STATES DISTRICT COURT

_____District of New Jersey_____

**JERRY RIGGINS,**

     **PLAINTIFF**

  V.

**COMMISSIONER OF SOCIAL SECURITY,**

     **DEFENDANT.**

ORDER ON APPLICATION
TO PROCEED WITHOUT
PREPAYMENT OF FEES

Case Number: 07-2116 (WJM)

  Having considered the application to proceed without prepayment of fees under 28 U.S.C.§ 1915;

  IT IS ORDERED that the application is:

  ☒ GRANTED, and

  ☒ The clerk is directed to file the complaint, and

  IT IS FURTHER ORDERED that the clerk issue summons and the United States Marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

  ☐ DENIED, for the following reasons:

_____
_____
_____

On this 15 day of May 2007

           _____
           WILLIAM J. MARTINI, U.S.D.J.